UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PERSHING JOSEPH BROWN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1957** |
| **JEFFERSON PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "J"(4)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's failure to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Petitioner's complaint against the Jefferson Parish Sheriff's Office and Correct Health Medical Services Company is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of May, 2017.

_____
**UNITED STATES DISTRICT JUDGE**